IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Patricia L. Deeney, <br><br> Plaintiff, <br><br> v. <br><br> State of Delaware, Department of Transportation, f/k/a Department of Public Safety, Division of Motor Vehicles <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 04-184 SLR <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I certify that on this 28th day of February 2005 I caused two copies of the attached Defendant's First Set of Interrogatories Directed to Plaintiff and Defendants First Request for Production of Documents Directed to Plaintiff to be served by U.S. Mail, postage prepaid, on:

Richard R. Wier, Jr., P.A.
Daniel W. Scialpi
1220 Market St., Suite 600
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF TRANSPORTATION

Frederick H. Schranck (ID No. 925)
Deputy Attorney General
Department of Transportation
800 Bay Road
P.O. Box 778
Dover, DE 19903
(302) 760-2020