IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Patricia L. Deeney | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-184 SLR |
| v. | ) | |
| | ) | |
| State of Delaware, Department | ) | |
| of Transportation, f/k/a | ) | JURY TRIAL DEMANDED |
| Department of Public Safety, | ) | |
| Division of Motor Vehicles | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

    I certify that on this 21st day of March 2005 I caused two copies of the attached Notice of Deposition to be served by U.S. Mail on:

Richard R. Wier, Jr., P.A.
Daniel W. Scialpi
1220 Market St., Suite 600
Wilmington, DE  19801

    STATE OF DELAWARE
    DEPARTMENT OF TRANSPORTATION

    */s/ Frederick H. Schranck*
    Frederick H. Schranck  (ID No. 925)
    Deputy Attorney General
    Department of Transportation
    800 Bay Road
    P.O. Box 778
    Dover, DE  19903
    (302) 760-2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Patricia L. Deeney | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-184 SLR |
| vi. | ) | |
| | ) | |
| State of Delaware, Department | ) | |
| of Transportation, f/k/a | ) | JURY TRIAL DEMANDED |
| Department of Public Safety, | ) | |
| Division of Motor Vehicles | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO:   Richard R. Wier, Jr., P.A.
      Daniel W. Scialpi
      1220 Market St., Suite 600
      Wilmington, DE  19801

   PLEASE TAKE NOTICE that the undersigned will take the deposition of Patricia L. Deeney on Wednesday, March 30, 2005 at 10:00 a.m., in the Offices of the Department of Transportation, 800 Bay Road, Dover, Delaware.

                              STATE OF DELAWARE
                              DEPARTMENT OF TRANSPORTATION


                              */s/ Frederick H. Schranck*
                              Frederick H. Schranck  (ID No. 925)
                              Deputy Attorney General
                              Department of Transportation
                              800 Bay Road
                              P.O. Box 778
                              Dover, DE  19903
                              (302) 760-2020