IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| Patricia L. Deeney | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-184 SLR |
| v. | ) | |
| | ) | |
| State of Delaware, Department | ) | |
| of Transportation, f/k/a | ) | JURY TRIAL DEMANDED |
| Department of Public Safety, | ) | |
| Division of Motor Vehicles | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I certify that on this 29th day of March 2005 I caused two copies of the attached Notice of Rescheduled Deposition to be served by U.S. Mail on:

Richard R. Wier, Jr., P.A.
Daniel W. Scialpi
1220 Market St., Suite 600
Wilmington, DE  19801

    STATE OF DELAWARE
    DEPARTMENT OF TRANSPORTATION

    */s/ Frederick H. Schranck*
    Frederick H. Schranck  (ID No. 925)
    Deputy Attorney General
    Department of Transportation
    800 Bay Road
    P.O. Box 778
    Dover, DE  19903
    (302) 760-2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Patricia L. Deeney | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-184 SLR |
| v. | ) | |
| | ) | |
| State of Delaware, Department of Transportation, f/k/a Department of Public Safety, Division of Motor Vehicles | ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF RESCHEDULED DEPOSITION

TO:  Richard R. Wier, Jr., P.A.
     Daniel W. Scialpi
     1220 Market St., Suite 600
     Wilmington, DE  19801

PLEASE TAKE NOTICE that the undersigned has rescheduled the deposition of Patricia L. Deeney originally scheduled for Wednesday, March 30, 2005 at 10:00 a.m. for Monday, April 11, 2005.  The Deposition will be held beginning at 10:30 am, in the AG's Conference Room on the 6th floor of the Carvel State Office Building at 820 N. French Street, Wilmington, Delaware.

STATE OF DELAWARE
DEPARTMENT OF TRANSPORTATION


*/s/ Frederick H. Schranck*
Frederick H. Schranck  (ID No. 925)
Deputy Attorney General
Department of Transportation
800 Bay Road
P.O. Box 778
Dover, DE  19903
(302) 760-2020