IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA L. DEENEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No.: 04-184 SLR |
| § | |
| STATE OF DELAWARE, DEPARTMENT § | JURY TRIAL DEMANDED |
| OF TRANSPORTATION, f/k/a § | |
| DEPARTMENT OF PUBLIC SAFETY, § | |
| DIVISION OF MOTOR VEHICLES, § | |
| § | |
| Defendants. § | |

### STIPULATION OF DISMISSAL

Now come the parties, by and through counsel, who stipulate and agree to dismiss the above captioned case, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **RICHARD R. WIER, JR., P.A.** | **STATE OF DELAWARE** |
| | **DEPARTMENT OF TRANSPORTATION** |
| /s/ Richard R. Wier, Jr. | /s/ Frederick H. Schranck |
| Richard R. Wier, Jr. (#716) | Frederick H. Schranck (#925) |
| Daniel W. Scialpi (#4146) | U.S. Rt. 113 |
| 1220 Market St., Suite 600 | 800 Bay Road |
| Wilmington, DE 19801 | Dover, DE 19903 |
| (302)888-3222 | (302)760-2020 |
| Rwier@Wierlaw.com | Fritz.Schranck@state.de.us |